IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIOMARIN PHARMACEUTICAL INC.<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC.<br><br>Defendants. | Civil Action No. 1:15-cv-00362-KPF |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff BioMarin Pharmaceutical Inc. ("BioMarin") and Defendants Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc. (collectively "Dr. Reddy's") jointly stipulate to the voluntary dismissal of this lawsuit without prejudice.

April 7, 2015

John M. Majoras
Rosanna K. McCalips
Glen Cheng
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
*Counsel for Plaintiff BioMarin Pharmaceutical, Inc.*

Respectfully submitted,

Seth C. Silber
Daniel P. Weick
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW
Fifth Floor
Washington, DC 20006-3817
*Counsel for Defendants Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc.*